**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

VIA ECF

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

---

APPLICATION GRANTED:
Sentencing adjourned to **3/9/2020 at 11:00 a.m.**
Defendant's sentencing submission due **2/24/2020**.
Government's sentencing submission due **3/2/2020**.

SO ORDERED:

_/s/ Vincent L. Briccetti_     1/7/2020

Vincent L. Briccetti, U.S.D.J.            Date

---

Re:  *United States v Mykai Davis*
     14 Cr 768 (VB)
     Request for Adjournment of Sentencing

Dear Judge Briccetti:

Reference is made to the scheduled sentencing in the above-entitled case currently on the Court's calendar for January 10, 2020. It is respectfully requested that the sentencing be adjourned until March 9, 2020 at 11 am. Counsel conferred with chambers and the Assistant United States Attorney prior to making this request. The additional time is needed by new counsel to confer with his client and prepare for sentencing. Your consideration of the above request is greatly appreciated.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler