**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

> APPLICATION GRANTED:
> Sentencing re-scheduled to 4/2/2020 at 2:30 p.m.
> Defendant's sentencing submission due 3/19/2020.
> Government's sentencing submission due 3/26/2020.
> No further extensions will be granted.
> SO ORDERED:
>
> _/s/ Vincent L. Briccetti_      2/24/2020
> Vincent L. Briccetti, USDJ       Date

VIA ECF

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v Mykai Davis*
      14 Cr 768 (VB)
      Request for Adjournment of Sentencing

Dear Judge Briccetti:

Reference is made to the scheduled sentencing in the above-entitled case currently on the Court's calendar for March 9, 2020. It is respectfully requested that the sentencing be adjourned until March 30, 2020 or any time thereafter convenient for the Court. Counsel conferred with chambers and the Assistant United States Attorney prior to making this request. The additional time is needed by new counsel to confer with his client and the mitigation specialist and finalize our submission for sentencing. Your consideration of the above request is greatly appreciated.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler