> **APPLICATION GRANTED:**
>
> To the extent counsel is of the view that he is "new" to this case or that he did not have sufficient time before the coronavirus outbreak to confer with both his client and the mitigation specialist, he is mistaken. Counsel was appointed on 10/30/2019, nearly 5 months ago. Sentencing was scheduled for 1/10/2020, then twice adjourned at counsel's request for exactly the same reasons set forth in today's letter. Nonetheless, in light of the current public health crisis, the Court reluctantly grants one last adjournment. There are ways to communicate with one's client, other than meeting him at the jail (e.g., mail, email, telephone). **Sentencing is now scheduled for 6/5/2020 at 2:30 p.m. Defendant's sentencing submission due 5/22/2020. Government's sentencing submission due 5/29/2020. No further adjournments will be granted.** The Court directs defense counsel to provide a copy of this Order to his client, and explain, in detail, the circumstances that necessitated the adjournment.
>
> SO ORDERED:
>
> _____  3/19/20
> Vincent L. Briccetti, U.S.D.J.         Date

VIA ECF

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY

Re: *United States v Mykai Davis*
14 Cr 768 (VB)
Request for Adjournment of Sentencing

Dear Judge Briccetti:

Reference is made to the scheduled sentencing in the above-entitled case currently on the Court's calendar for April 2, 2020. It is respectfully requested that the sentencing be adjourned until June 2, 2020 or any time thereafter convenient for the Court. Counsel conferred with chambers and the Assistant United States Attorney prior to making this request. In light of the current public health situation and the closing of the MCC for the past month and foreseeable future, the additional time is needed by new counsel to confer with his client and the mitigation specialist and finalize our submission for sentencing. Your consideration of the above request is greatly appreciated.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/20