UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Mykai Davis

                Defendant(s).
------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE/TELECONFERENCE

14 -CR- 768 (VB)(__)

Defendant __Mykai Davis__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Mykai Davis (by VB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Mykai Davis**
Print Defendant's Name

_Guy Oksenhendler 6/4/2020_
Defense Counsel's Signature

**Guy Oksenhendler**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.
OR TELECONFERENCING

6/5/2020
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge