UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | 14  -CR- 768   (VLB) |
| Mykai Davis | |
| Defendant(s) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/10/20

-----------------------------------------------------------

Defendant ____Mykai Davis_____ hereby voluntarily consents to participate in the Sentencing proceeding via X___ videoconferencing or _X__ teleconferencing


__Mykai Davis (by VLB)__                    __[signature]__  7/6/2020
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_Mykai Davis_____             __Guy Oksenhendler_____
Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_7/10/20_                                  __[signature]__
Date                                       U.S. District Judge/U.S. Magistrate Judge