Copies Mailed/Faxed 7/21/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :     **ORDER**
v.                                      :
                                        :     14 CR 768 (VB)
MYKAI DAVIS,                            :
                        Defendant.      :
--------------------------------------------------------------x

On July 20, 2021, defendant Mykai Davis filed a "motion for reconsideration of his first compassionate release motion." (Doc. #560).

By August 11, 2021, the government shall file a response to the motion.

Chambers will mail a copy of this Order to defendant at the following address:

Mykai Davis, Reg. No. 71995-054
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL  61285

Dated: July 21, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge