UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA :
:
v. : **ORDER**
:
MYKAI DAVIS, : 14 CR 768-05 (VB)
          Defendant. :
--------------------------------------------------------------x

      In a letter dated January 10, 2022, defendant Mykai Davis requests that the Court "grant him the opportunity to serve the last remaining ten percent (10%) of his projected release term on home confinement." (Doc. #589).

      By February 3, 2022, the government shall file a response to the letter. Whatever else the government says in its letter, the letter should first address whether the Court has the legal authority to grant the requested relief.

      Chambers will mail a copy of this Order to defendant at the following address:

Mykai Davis, Reg. No. 71995-054
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL 61285

Dated: January 20, 2022
      White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge