UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
v.                                        :     **ORDER**
                                          :
MYKAI DAVIS,                              :     14 CR 768-05 (VB)
                    Defendant.            :
--------------------------------------------------------------x

In a letter dated June 15, 2022, defendant Mykai Davis requests that the Court provide assistance "in obtaining his First Step Act (FSA) eligibility and also his First Step Act (FSA) time credits (FTC)." (Doc. #611).

By July 20, 2022, the government shall file a response to the letter.

Chambers will mail a copy of this Order to defendant at the following address:

Mykai Davis, Reg. No. 71995-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA  18472

Dated: July 6, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-6-22

Copies Mailed/Faxed 7-6-22
Chambers of Vincent L. Briccetti