UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

US _____,
Plaintiff(s),

v.

Mykai Davis _____,
Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/25

**CALENDAR NOTICE**

14 CR 768-5 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference / VOSR

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on 11-3- , 20 25 , at 10:00 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 11-3-25 @ 11AM

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 10-22- , 20 25
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge