UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA     :

                            :     **ORDER**

v.                         :

                           :     14 CR 768-05 (VB)

MYKAI DAVIS,           :

            Defendant.    :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/26

By letter dated March 2, 2026 (Doc. #681), the government advised the Court that the parties have agreed upon certain facts, as well as the admissibility of certain exhibits, and that the parties have further agreed that these facts and exhibits constitute a sufficient basis for the Court to adjudicate defendant Davis guilty of Specifications 1, 2, and 3 set forth in the violation of supervised release report dated October 16, 2025.

Accordingly, the Court does not believe that the revocation hearing scheduled for April 1, 2026, at 9:30 a.m., requires live witnesses and testimony. Rather, the parties shall appear on that date, and if the parties confirm that they agree upon the facts and exhibits referenced in the government's letter, the Court anticipates that, based thereon, it will adjudicate Davis guilty of Specifications 1, 2, and 3.

By March 24, 2026, the government shall advise the Court by letter whether the parties anticipate entering into a separate formal stipulation, executed by the government, the defendant, and defense counsel, or whether the parties intend to proceed based on the government's letter alone. If the parties intend to submit a separate stipulation, the stipulation should be submitted by March 31, 2026.

1

In addition, in its letter due on March 24, 2026, the government shall advise the Court

whether Davis intends to go forward with the bail hearing scheduled for March 26, 2026, at

10:00 a.m.

Dated: March 20, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge