Case 7:14-cr-00768-VB Document 691 Filed 09/30/26 Page 1 of 1

Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

September 30, 2026

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Mykai Davis*
14 Cr. 768 (VB)

Dear Judge Briccetti:

This is an application for my appointment to commence yesterday, September 29, 2026 when I was notified that I would be appointed and spoke to Mr. Davis in preparation for today's initial appearance.

I was pleased to learn from prior counsel, James Roth, that he is in good health but has retired from the CJA Panel which is why he could not appear for Mr. Davis.

Very truly yours,

/s/ Richard Willstatter
Richard D. Willstatter

**APPLICATION GRANTED**
**SO ORDERED:**
VLB
**Vincent L. Briccetti, U.S.D.J.**
**Dated:** 9/30/26
**White Plains, NY**